**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000464
08-OCT-2021
11:20 AM
Dkt. 73 OCOR**

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

---o0o---

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
RICHARD JOSE TORRES, Defendant-Appellant

NO. CAAP-20-0000464

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CRIMINAL NO. 1CPC-18-0001532)

OCTOBER 8, 2021

LEONARD, PRESIDING JUDGE, HIRAOKA AND WADSWORTH, JJ.

<u>AMENDED ORDER OF CORRECTION</u>
(By: Leonard, J.)

IT IS HEREBY ORDERED that the Opinion of the court, filed on April 8, 2021, is hereby corrected as follows:

At page 12, line 11 from top, replace the word "Agslud" with "Agsalud" so that the sentence and case name now reads as follows:

> 756 (2017) (quoting <u>Camara v. Agsalud</u>, 67 Haw. 212, 215-16, 685

The clerk of the court is directed to incorporate the foregoing change in the original opinion.

DATED: Honolulu, Hawaiʻi, October 8, 2021.

/s/ Katherine G. Leonard
Associate Judge